THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN T. RAMIREZ, Defendant-Appellant.

(No. 58446;

First District (5th Division)—October 26, 1973.

PER CURIAM.

LORENZ, J., took no part.

McDonnell & McDonnell, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.